# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:15-cv-01951- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 11) |

On June 27, 2016, the parties filed a stipulation for a thirty-day extension of time for Plaintiff to serve his confidential letter brief. (Doc. 11) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

    1.    Plaintiff's request for an extension of time is **GRANTED**; and

    2.    Plaintiff **SHALL** serve his confidential letter brief no later than **July 27, 2016**.

IT IS SO ORDERED.

Dated: **June 28, 2016**           **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE